# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **DONALD LEWIS HOFFER** <br> *Plaintiff,* | § § § | |
| **v.** | § § | CIVIL ACTION NO. 4:22-cv-00693 |
| **CHENIERE LNG O&M SERVICES, LLC** <br> *Defendant.* | § § § § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Donald Lewis Hofer, and Defendant, Cheniere LNG O&M Services, LLC, file this Joint Stipulation of Dismissal With Prejudice for a dismissal of all causes of action raised or which could have been raised by the parties, with prejudice against re-filing the same, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Plaintiff and Defendant hereby dismiss, with prejudice, all claims against all parties to this case. All costs of court and/or attorneys' fees incurred by the parties will be paid by the parties incurring them.

As indicated by their attorneys' signatures below, all parties stipulate to this complete dismissal.

DM-#8242998

| | |
|---|---|
| Dated: June 9, 2022 | Respectfully Submitted |

| **STUART PC** | **BRACEWELL LLP** |
|---|---|
| */s/ Laurence E. Stuart* | */s/ Amy Karff Halevy* |
| Laurence E. Stuart | |
| Texas State Bar No. 00794705 | Amy Karff Halevy |
| S.D. Texas Bar No. 19744 | State Bar No. 11098750 |
| | S.D. Texas Bar No. 9103 |
| C. Keith Lea | |
| State Bar No. 24048269 | 711 Louisiana, Suite 2300 |
| S.D. Texas Bar No. 610767 | Houston, Texas 77002-2781 |
| | Telephone: (713) 221-1329 |
| 712 Main Street, Suite 1100 | amy.halevy@bracewell.com |
| Houston, Texas 77002 | |
| Telephone: (713) 337-3750 | |
| lstuart@stuartpc.com | **ATTORNEY FOR DEFENDANT** |
| klea@stuartpc.com | |
| | |
| **ATTORNEYS FOR PLAINTIFF** | |

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on June 9, 2022, to Plaintiff's counsel via the Court's CM/ECF system.

*/s/ Amy Karff Halevy*
Amy Karff Halevy