IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

DONALD LEWIS HOFFER,

   Plaintiff,

v.

CHENIERE LNG O&M SERVICES, LLC

   Defendant.

Case No. 4:22-cv-0693

## ORDER ON STIPULATION OF DISMISSAL

Plaintiff Donald Lewis Hofer and Defendant Cheniere LNG O&M Services, LLC having filed a Stipulation of Dismissal with Prejudice (Dkt. Entry No. 9), and this Court having reviewed the same, it is hereby ORDERED that the stipulation is approved. This case is dismissed with prejudice as to all claims against all parties to this case. Each party shall bear its own attorney's fees and costs.

Dated: June 9, 2022

_____
Gray H. Miller
Senior U. S. District Judge